Returned 2/2/06

January 24, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-0s-00051-DAE
**Appeal Number:** 04-16741
**Short Title:** Makanui v. State of Hawaii

Civil 03-51

### Volumes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 6 | | | 0 | Certified Copy(ies) | | |
| **Reporters Transcripts in:** | 1 | | | 0 | Certified Copy(ies) | | |
| **Exhibits in:** | 0 | Envelopes | | 0 | Under Seal | | |
| | 0 | Boxes | | 0 | Under Seal | | |
| | 0 | Volumes | Volume | 0 | of record | 0 | Under Seal |
| **State Lodged Docs in:** | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |
| **Other:** | | | | | | | |

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:   March 2, 2005

To:   United States Court of Appeals       Attn:   (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk                    ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103        ( )   Judge

From:   United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:        CV 03-00051              Appeal No:   04-16741

Short Title:  MAKANUI VS. STATE OF HAWAII

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy   7/12/04 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____S-DNIS_____   Date: _____

FILED
MAR 0 7 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: all named counsel

179